United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Porter Clark, Jr.  
    Debtor

Case No. 22-10376-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jun 22, 2022      Form ID: 155      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**  **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Porter Clark, Jr., 8249 Temple Road, Philadelphia, PA 19150-2005 |
| 14676792 | + | C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14669738 | + | Champion Mortgage, P.O. Box 818061, Cleveland, OH 44181-8061 |
| 14669739 | + | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14676791 | + | Mortgage Assets Management, LLC, c/o Rebecca Solarz, KML Law Group PC, 701 Market St., Suite 5000, Phila., PA 19106-1541 |
| 14673971 | | Nationstar Mortgage LLC, d/b/a Champion Mortgage Company, c/o CHARLES GRIFFIN WOHLRAB, 1070 Abbott's Bridge Road, Ste 170, Duluth, GA 30097 |
| 14669746 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14669748 | + | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14686920 | + | PHH Mortgage Services, P.O. Box 5435, Mount Laurel, NJ 08054-5435 |
| 14669750 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14673785 | + | RAS Crane & Partners, LLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14671191 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 23 2022 00:07:11 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14670806 | | Email/Text: megan.harper@phila.gov | Jun 23 2022 00:04:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14669741 | | Email/Text: megan.harper@phila.gov | Jun 23 2022 00:04:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14669740 | | Email/Text: megan.harper@phila.gov | Jun 23 2022 00:04:00 | City of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14669742 | + | Email/Text: bankruptcy@philapark.org | Jun 23 2022 00:04:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14669743 | ^ | MEBN | Jun 22 2022 23:59:53 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 14669744 | ^ | MEBN | Jun 22 2022 23:59:53 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14669745 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 23 2022 00:04:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14670888 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2022 00:04:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14684746 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2022 00:07:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14669747 | | Email/Text: bankruptcygroup@peco-energy.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 22, 2022 | Form ID: 155 | Total Noticed: 25 |

| | | Jun 23 2022 00:04:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
|---|---|---|---|
| 14669749 | + Email/Text: bankruptcy@philapark.org | Jun 23 2022 00:04:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-2895 |
| 14678443 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jun 23 2022 00:04:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14669751 | Email/Text: DASPUBREC@transunion.com | Jun 23 2022 00:04:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2022 at the address(es) listed below:

**Name**          **Email Address**

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor Nationstar Mortgage LLC  d/b/a Champion Mortgage Company cwohlrab@raslg.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
    on behalf of Debtor Porter Clark  Jr. mail@cibiklaw.com

MICHAEL I. ASSAD
    on behalf of Debtor Porter Clark  Jr. mail@cibiklaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor Mortgage Assets Management  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Porter Clark, Jr.
    Debtor(s)

Chapter: 13

Bankruptcy No: 22−10376−elf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 21st day of June, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Eric L. Frank
    Judge ,
    United States Bankruptcy Court

26 − 8, 17
Form 155