# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 22-10376-elf |
| | : | |
| Porter Clark Jr., | : | Chapter 13 |
| | : | |
| Debtor. | : | |

## Certificate of Service

I certify that on this date, a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, the proposed order, and all exhibits was served on the following parties by first class mail or through the CM/ECF system:

Kenneth E. West
ecfemails@ph13trustee.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Mortgage Assets Management, LLC
bkgroup@kmllawgroup.com

Nationstar Mortgage LLC
cwohlrab@raslg.com

City of Philadelphia Law Department
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090

CACH, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud MN 56302-9617

PGW
Legal Dept. 4th Floor
800 W. Montgomery Avenue
Philadelphia, PA 19122

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Philadelphia Parking Authority
Bankruptcy Department
701 Market Street
Philadelphia, PA 19106


Dated: August 10, 2022

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com