**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :         CHAPTER 13
Porter Clark, Jr.

      DEBTOR                        :         BKY. NO.  22-10376ELF13

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cibik, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application and Application to Approve Counsel Fees.

                                         Respectfully Submitted,

Date:  August 24, 2022                    /s/ Michael A. Cibik
                                               MICHAEL A. CIBIK, ESQUIRE
                                               CIBIK LAW, P.C.
                                               1500 WALNUT STREET, STE. 900
                                               PHILADELPHIA, PA  19102
                                               (215) 735-1060