**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE: PORTER CLARK,<br><br>Debtor(s). | Case No. 22-10376ELF13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

   **AND NOW**, this ___25th___ day of ___August___, 2022 upon consideration of the

Application for Compensation filed by Debtor's counsel, it is

   **ORDERED** that compensation of **$4,250.00** is allowed and the balance due to counsel in the

amount of **$3,750.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.


_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**