# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 22-10376-ELF

PORTER CLARK, JR.

8249 TEMPLE ROAD

PHILADELPHIA, PA 19150

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PORTER CLARK, JR.

    8249 TEMPLE ROAD

    PHILADELPHIA, PA 19150

Counsel for debtor(s), by electronic notice only.

    MICHAEL A CIBIK, ESQ
    1500 WALNUT ST
    SUITE 900
    PHILADELPHIA, PA 19102-

Date: 10/25/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee