**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   Porter Clark, Jr.                :        Chapter 13

DEBTOR                                    :        Bankruptcy No.   22-10376-elf

**AMENDED CERTIFICATION OF SERVICE**

I, MICHAEL A. CIBIK, hereby certify that a true and correct copy of the Supplemental Application for Compensation, together with the proposed order and all exhibits were served upon the following parties by electronic means or first-class mail on the date set forth below.

Kenneth E. West (CM/ELF)

U.S. Trustee (CM/ELF)

Porter Clark, Jr.
8249 Temple Road
Philadelphia, PA 19150

Dated: 1/16/2023                          BY: /s/ Michael A. Cibik
                                          MICHAEL A. CIBIK, ESQUIRE
                                          Cibik Law, P.C.
                                          1500 Walnut Street, Suite 900
                                          Philadelphia, PA   19102
                                          215-735-1060/fax 215-735-6769