# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Porter Clark, Jr.              :        Chapter 13

DEBTOR                                  :        Bankruptcy No.   22-10376-elf

## ORDER

    AND NOW, this    1st    day of    February    , 20 23  upon consideration of Debtor's Counsel's Application to Approve Supplemental Compensation.

    It is **ORDERED** that the Application is GRANTED and that supplemental compensation of **$550.00** is **ALLOWED** to Cibik Law, P.C.   The Chapter 13 Trustee may pay the allowed amount as an administrative expense to the extent provided in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**