| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania (Philadelphia) || **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Porter Clark, Jr. | Case Number:<br><br>2:2022-bk-10376 | |
| Name of Creditor:<br><br>   PHH Mortgage Services || |
| Name of Current Servicer of account:<br>   PHH Mortgage Services || **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>   PHH Mortgage Corporation<br>   PO Box 24605<br>   West Palm Beach, FL 33416<br><br>   Telephone Number: 855-689-7367<br><br>Prior notice address:<br><br>   1 Mortgage Way<br>   Mount Laurel, NJ 08054 || **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>   PHH Mortgage Services<br>   PO Box 24781<br>   ATTN: RSVRF<br>   West Palm Beach, FL 33416<br><br>   Telephone Number: 800-750-2518 || **X** Check this box if you are changing the address that payments will go to. |
| **1.**   **Account Number: 0902** || _ Check this box if the account number has changed. |
| **2.**   **Court Claim Number: 8** |||
| **3.**   **Signature:**<br><br>  **Check the appropriate box.**<br>       I am the creditor.<br>   X  I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>       I am the trustee, or the debtor.<br>       I am a guarantor, surety, endorser, or other codebtor.<br><br>  By:   /s/ John Shelley                     Date:  02/18/2023<br>        Authorized Filing Agent for PHH Mortgage Services |||

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                           CASE NO.:    22-10376

**Porter Clark, Jr.**                          CHAPTER:    13

**Debtor(s).**

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 21, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                         *By U.S. Postal Service First Class Mail Postage Prepaid:*

Porter Clark, Jr.
8249 Temple Road
Philadelphia, PA 19150

*Debtor's Attorney:*           *By CM / ECF Filing:*

MICHAEL I. ASSAD
Cibik Law, P.C.
1500 Walnut St
Ste 900
Philadelphia, PA 19102

*By CM / ECF Filing:*

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

| | |
|---|---|
| *Trustee:* | *By CM / ECF Filing:* |
| | KENNETH E. WEST |
| | Office of the Chapter 13 Standing Trustee |
| | 1234 Market Street - Suite 1813 |
| | Philadelphia, PA 19107 |

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for PHH Mortgage Services)