# Exhibit A

| Case No. | Case Title | Chapter | Date Filed |
|---|---|---|---|
| 13-20781-amc | James C. Escher | 13 | 12/16/2013 |
| 16-13307-amc | David Adenaike | 13 | 5/9/2016 |
| 16-18381-mdc | Jo Ann T. Smith | 13 | 12/5/2016 |
| 16-18422-mdc | Tonya M. Garcia | 13 | 12/6/2016 |
| 17-10325-pmm | LaKeisha N. Gadson | 13 | 1/17/2017 |
| 17-10327-mdc | Janice K. Goode | 13 | 1/17/2017 |
| 17-10749-amc | John D. McDaniel | 13 | 2/1/2017 |
| 17-11029-mdc | Tonneh Tokpah | 13 | 2/14/2017 |
| 17-11811-mdc | Joseph Zwicharowski | 13 | 3/15/2017 |
| 17-13227-pmm | Arthur Anthony Delbianco | 13 | 5/4/2017 |
| 17-13261-mdc | Samuel A. Mosley | 13 | 5/5/2017 |
| 17-13357-amc | Timothy M. Cotter and Melissa S. Cotter | 13 | 5/11/2017 |
| 17-14589-pmm | Pedro Luis Santiago Melendez | 13 | 7/6/2017 |
| 17-15277-pmm | Pamela Christine Wolke and Andrew William Wolke | 13 | 8/2/2017 |
| 17-15739-amc | Kamiesha L Ball | 13 | 8/25/2017 |
| 17-15975-pmm | David A. Repyneck | 13 | 9/5/2017 |
| 17-16196-mdc | Cerimile Giovanni | 13 | 9/12/2017 |
| 17-16536-mdc | James T. Darby, Sr. | 13 | 9/25/2017 |
| 17-16585-amc | Angela M. Arehart | 13 | 9/27/2017 |
| 17-16741-mdc | Daniel R. Torres | 13 | 10/2/2017 |
| 17-18326-mdc | Beverly M. Bradley | 13 | 12/10/2017 |
| 17-18561-pmm | Karen E. Alexander | 13 | 12/22/2017 |

| | | | |
|---|---|---|---|
| 17-18685-pmm | Joanne R. Felder | 13 | 12/30/2017 |
| 18-10069-mdc | Crystal Y. Light | 13 | 1/5/2018 |
| 18-10135-mdc | Denise Karen Henderson | 13 | 1/9/2018 |
| 18-10284-amc | Peter A Adebanjo and Doris I Stiene-Adebanjo | 13 | 1/16/2018 |
| 18-10300-mdc | Shahzad Saleem | 13 | 1/17/2018 |
| 18-10388-mdc | Kethline Joseph | 13 | 1/22/2018 |
| 18-10794-amc | Sarah C. Jones | 13 | 2/6/2018 |
| 18-10958-amc | Laura Paulette Hall-Carney | 13 | 2/12/2018 |
| 18-10959-pmm | Ivor Assaye | 13 | 2/12/2018 |
| 18-11455-amc | Sheila W. Santos-Silva | 13 | 3/2/2018 |
| 18-11520-amc | Brooke Davis | 13 | 3/6/2018 |
| 18-11830-amc | Sandra Banks-Eldridge | 13 | 3/17/2018 |
| 18-11854-amc | Mamadou Selle Diallo | 13 | 3/19/2018 |
| 18-11911-amc | Charlotte Clyde | 13 | 3/22/2018 |
| 18-11941-mdc | Sherita S. Stokes | 13 | 3/23/2018 |
| 18-12236-mdc | Gregory Freeman | 13 | 4/2/2018 |
| 18-12346-amc | Joseph T Brown, Jr. | 13 | 4/8/2018 |
| 18-12417-amc | Maria Gonzalez | 13 | 4/12/2018 |
| 18-13344-pmm | Nicole L. Mazurkiewicz | 13 | 5/18/2018 |
| 18-13496-mdc | Beth A. Witherite | 13 | 5/29/2018 |
| 18-13706-mdc | Anntionette Jones | 13 | 6/4/2018 |
| 18-14585-amc | Marlon K White | 13 | 7/10/2018 |
| 18-14654-pmm | Loretta A Kelly | 13 | 7/13/2018 |

| | | | |
|---|---|---|---|
| 18-14858-pmm | Dawn Laurel Dorsey Baynard | 13 | 7/23/2018 |
| 18-14959-amc | Courtney Ragin Franklin | 13 | 7/27/2018 |
| 18-14983-mdc | Kenneth R. Van Horn and Sandra M. Van Horn | 13 | 7/27/2018 |
| 18-15178-pmm | Jamie L. Hitchens | 13 | 8/6/2018 |
| 18-15362-mdc | Lisa N. Sistrunk | 13 | 8/13/2018 |
| 18-15573-amc | Edwin L. Hinkle | 13 | 8/22/2018 |
| 18-15700-mdc | Naya Renee Darby | 13 | 8/28/2018 |
| 18-15757-mdc | Tracie P Beltran and Jorge Beltran | 13 | 8/30/2018 |
| 18-15806-pmm | George D. McConnell | 13 | 8/31/2018 |
| 18-15842-amc | Diane R Oliver | 13 | 9/5/2018 |
| 18-15851-mdc | Regina S McCoy | 13 | 9/5/2018 |
| 18-15944-mdc | Ebony T. Staten | 13 | 9/8/2018 |
| 18-15950-mdc | Jessica Lee Jackson | 13 | 9/8/2018 |
| 18-15953-pmm | Felicia Wise | 13 | 9/8/2018 |
| 18-15993-pmm | Henrietta Byrd Worrell | 13 | 9/10/2018 |
| 18-16060-amc | Frank R. Bellino | 13 | 9/12/2018 |
| 18-16107-mdc | Joseph P. Kennedy | 13 | 9/14/2018 |
| 18-16135-mdc | Linda Acord | 13 | 9/14/2018 |
| 18-16136-mdc | Matthew MacLaughlin and Rebekah MacLaughlin | 13 | 9/14/2018 |
| 18-16293-mdc | Carmen J. Alicea | 13 | 9/21/2018 |
| 18-16367-mdc | Lisa Nguyen | 13 | 9/25/2018 |
| 18-16375-mdc | Tina L White | 13 | 9/25/2018 |
| 18-16427-pmm | Dustin Bruch | 13 | 9/27/2018 |

| | | | |
|---|---|---|---|
| 18-16451-pmm | Kenneth P. Robenault and Donna M. Robenault | 13 | 9/27/2018 |
| 18-16521-amc | Maureen Elizabeth Calder | 13 | 9/30/2018 |
| 18-16627-mdc | Felicia Owens | 13 | 10/3/2018 |
| 18-16767-mdc | Jose Botero | 13 | 10/11/2018 |
| 18-16868-mdc | Laura Deckenback | 13 | 10/15/2018 |
| 18-16881-amc | Craig M Flood and Stephanie Flood | 13 | 10/16/2018 |
| 18-16931-pmm | Michael Ulecka and Andrea Ulecka | 13 | 10/18/2018 |
| 18-17069-pmm | Malinda Laventure | 13 | 10/25/2018 |
| 18-17171-mdc | John R. Baranosky and Marybeth E. Baranosky | 13 | 10/31/2018 |
| 18-17392-mdc | Catherine M. Buonfiglio | 13 | 11/7/2018 |
| 18-17430-pmm | Sharonn E. Thomas | 7 | 11/8/2018 |
| 18-17601-mdc | Sharronda Johnson | 13 | 11/15/2018 |
| 18-17613-mdc | Karenn D. Love | 13 | 11/15/2018 |
| 18-17631-pmm | Stephen Theodore Felix and Jennifer Lynn Felix | 13 | 11/15/2018 |
| 18-17712-pmm | Michael Woods | 13 | 11/20/2018 |
| 18-17722-amc | Thomas J Green, Jr. and Heather Dawn Green | 13 | 11/21/2018 |
| 18-17760-mdc | Keith Carmine Burrell | 13 | 11/26/2018 |
| 18-17773-mdc | Ty-Alter Reynolds and Alexis Reynolds | 13 | 11/26/2018 |
| 18-17840-pmm | Shawn C. Smith, SR | 13 | 11/29/2018 |
| 18-17841-mdc | Durwood Hankinson | 13 | 11/29/2018 |
| 18-17921-amc | Patrice D. Reed | 13 | 11/30/2018 |
| 18-17927-pmm | Finny George | 13 | 11/30/2018 |
| 18-17963-amc | Danielle Riggs | 13 | 12/3/2018 |

| | | | |
|---|---|---|---|
| 18-17992-mdc | John D Renzi | 13 | 12/3/2018 |
| 18-18000-pmm | Renard A. Harris | 13 | 12/3/2018 |
| 18-18197-pmm | Ammon Wilson Boone | 13 | 12/13/2018 |
| 18-18325-pmm | Jamye Gwen Keiser | 13 | 12/19/2018 |
| 18-18368-amc | Jennifer M. Cislo | 13 | 12/21/2018 |
| 18-18378-mdc | Kayetta D. Robinson | 13 | 12/21/2018 |
| 18-18391-mdc | Gary G. Staten, Sr. | 13 | 12/22/2018 |
| 18-18463-amc | Aleksandor Vulfov and Lioudmila k. Vulfov | 13 | 12/31/2018 |
| 18-18490-mdc | Rose Mary Moore | 13 | 12/31/2018 |
| 19-00228-mdc | Walker v. M&T Bank | *Lead BK:* 19- | 11/20/2019 |
| 19-10018-mdc | Salman S. Hasan | 13 | 1/3/2019 |
| 19-10108-amc | Stacey Rivera | 13 | 1/7/2019 |
| 19-10214-mdc | Charles J Mauceri | 13 | 1/11/2019 |
| 19-10236-pmm | Jennifer L. Kline | 13 | 1/14/2019 |
| 19-10258-mdc | Lawrence Meyerhofer | 13 | 1/15/2019 |
| 19-10354-pmm | Lindsay Ann Bleam and Nathan Michael Bleam | 13 | 1/18/2019 |
| 19-10432-amc | Watkins C Dweh | 13 | 1/24/2019 |
| 19-10445-pmm | Ryan Douglas Carroll and Desiree Marie Carroll | 13 | 1/25/2019 |
| 19-10520-pmm | Peggy Robin Brill | 13 | 1/29/2019 |
| 19-10648-mdc | Loretta Gracia | 13 | 2/1/2019 |
| 19-10670-pmm | Bobby M Allen | 13 | 2/2/2019 |
| 19-10771-pmm | Scott A. Naylor | 13 | 2/6/2019 |
| 19-10775-mdc | John M Poinsette, Jr. and Vivyaine A Poinsette | 13 | 2/7/2019 |

| | | | |
|---|---|---|---|
| 19-10825-amc | Darryl A. Dawson | 13 | 2/8/2019 |
| 19-10943-amc | Tina M. Lucas | 13 | 2/15/2019 |
| 19-11024-amc | Joseph McDermott, Jr. | 13 | 2/19/2019 |
| 19-11040-amc | Lori S Bascome | 13 | 2/20/2019 |
| 19-11081-pmm | Geraldo Parra | 13 | 2/21/2019 |
| 19-11128-pmm | Davy Woods and Angela B Woods | 13 | 2/23/2019 |
| 19-11245-mdc | Melvin Chappell, Jr. and Charlene D. Grace-Chappell | 7 | 2/28/2019 |
| 19-11270-amc | Kostyantyn Bugarenko | 13 | 3/1/2019 |
| 19-11281-pmm | John Vetrulli and Maryanne Vetrulli | 13 | 3/1/2019 |
| 19-11290-mdc | Kevin S McLellan and Christine D. McLellan | 13 | 3/2/2019 |
| 19-11386-mdc | Robert A. LaRosa | 13 | 3/6/2019 |
| 19-11414-amc | Christine Bennett | 13 | 3/7/2019 |
| 19-11422-amc | William J. Chalmers | 13 | 3/7/2019 |
| 19-11425-mdc | Khalil D Shaheed, Jr. and Khalil D Shaheed | 13 | 3/7/2019 |
| 19-11522-pmm | Lorraine Ziello | 13 | 3/13/2019 |
| 19-11574-amc | Anthony W. Michaud | 13 | 3/15/2019 |
| 19-11581-amc | Michael A. Henken and Kimberly Marie Henken | 13 | 3/15/2019 |
| 19-11597-mdc | ShaRonn L Mitchell and Freda N Mitchell | 13 | 3/15/2019 |
| 19-11654-mdc | Devan M Pierce | 13 | 3/19/2019 |
| 19-11655-amc | Cecil L. Shamberger and Marie F. Shamberger | 13 | 3/19/2019 |
| 19-11701-mdc | Trina S. Upchurch | 13 | 3/20/2019 |
| 19-11738-mdc | Tracia Knight | 13 | 3/21/2019 |
| 19-11792-pmm | Troy D. Conver | 13 | 3/25/2019 |

| | | | |
|---|---|---|---|
| 19-12048-pmm | Keith Allen Bagenstose and Pamela Jean Bagenstose | 13 | 4/1/2019 |
| 19-12097-mdc | Joseph Walker | 13 | 4/1/2019 |
| 19-12098-pmm | Angel L. Granby | 13 | 4/2/2019 |
| 19-12122-pmm | Dennis Dale Campbell and Jessica Rae Campbell | 13 | 4/2/2019 |
| 19-12154-amc | Louis R Furman, Jr. | 13 | 4/3/2019 |
| 19-12166-mdc | Michael David Wynder | 13 | 4/4/2019 |
| 19-12189-pmm | Concetta A. Piparato | 13 | 4/5/2019 |
| 19-12206-amc | Tyra H. Cardwell | 13 | 4/5/2019 |
| 19-12241-pmm | Chantel Deelva Pelaez | 13 | 4/9/2019 |
| 19-12290-pmm | In Ju Kim and Mi Ra Kim | 13 | 4/11/2019 |
| 19-12306-amc | Jarrett M. Nahon | 13 | 4/11/2019 |
| 19-12409-pmm | Kristie L Murphy | 13 | 4/15/2019 |
| 19-12414-pmm | Robert Kevin Edinger and Kaitlyn Elizabeth Edinger | 13 | 4/15/2019 |
| 19-12486-amc | Kristin Clancey | 13 | 4/17/2019 |
| 19-12540-amc | William Pastore | 13 | 4/18/2019 |
| 19-12567-pmm | Kathy L. Rihl | 13 | 4/22/2019 |
| 19-12579-amc | James F. Bareis | 13 | 4/23/2019 |
| 19-12621-amc | Tomica V. Galloway | 13 | 4/24/2019 |
| 19-12673-amc | William J. Kuntz | 13 | 4/26/2019 |
| 19-12694-amc | Robin K. Ingram | 13 | 4/27/2019 |
| 19-12720-mdc | Thomas A Fink | 13 | 4/29/2019 |
| 19-12774-amc | Barbara A Marcoon and Bruce L Marcoon | 13 | 4/30/2019 |
| 19-12806-mdc | William T. Powell | 13 | 5/1/2019 |

| | | | |
|---|---|---|---|
| 19-12815-amc | Harris G. Griffin | 13 | 5/1/2019 |
| 19-12837-mdc | Josand A Bishop | 13 | 5/2/2019 |
| 19-12866-mdc | Kyesha D Carter | 13 | 5/3/2019 |
| 19-12903-mdc | William R. Harris, Jr. | 13 | 5/6/2019 |
| 19-12974-mdc | Richard Martin Gaines and Brenda Yvonne Gaines | 13 | 5/7/2019 |
| 19-13038-pmm | Robert J. Antonacci, II and Nicole L. Antonacci | 13 | 5/9/2019 |
| 19-13062-amc | Earl L Toltzis | 13 | 5/10/2019 |
| 19-13096-mdc | Michael J Bush | 13 | 5/13/2019 |
| 19-13116-amc | Francis A. Maguire and Carolyn R. Maguire | 13 | 5/13/2019 |
| 19-13134-amc | Eva Marie Large | 13 | 5/14/2019 |
| 19-13153-amc | Jessica T Gusler | 13 | 5/15/2019 |
| 19-13184-amc | Tammy L. Mariotti | 13 | 5/15/2019 |
| 19-13200-pmm | Giovanni Abreu | 13 | 5/16/2019 |
| 19-13220-pmm | John Thomas Keenan | 13 | 5/17/2019 |
| 19-13239-mdc | John William Flach and Jennifer Megan Flach | 13 | 5/17/2019 |
| 19-13245-pmm | Jill N. Schreck | 13 | 5/20/2019 |
| 19-13281-mdc | Lorraine E. Ewing and William Ewing, Jr. | 13 | 5/21/2019 |
| 19-13294-pmm | Brian Griffith | 13 | 5/22/2019 |
| 19-13308-mdc | Stephanie Butler | 13 | 5/22/2019 |
| 19-13325-pmm | Helene Krzaczyk | 13 | 5/23/2019 |
| 19-13337-amc | Cheryl J. Brown | 13 | 5/23/2019 |
| 19-13354-mdc | Kia Vance-Brown | 13 | 5/24/2019 |
| 19-13369-mdc | Donna O Rismay | 13 | 5/24/2019 |

| | | | |
|---|---|---|---|
| 19-13412-mdc | Raymond T. Blue | 13 | 5/28/2019 |
| 19-13478-pmm | Marie Ann Holenda-Pletz | 13 | 5/30/2019 |
| 19-13508-mdc | Laura E Simpson | 13 | 5/31/2019 |
| 19-13509-amc | David A. Roach and Cheryl A. Roach | 13 | 5/31/2019 |
| 19-13529-pmm | Richard E. Parker and Suzanne G. Lucey-Parker | 13 | 5/31/2019 |
| 19-13546-mdc | Karen M. Strow | 13 | 5/31/2019 |
| 19-13586-pmm | Wallace A. Moran, III and Jennifer A. Moran | 13 | 6/3/2019 |
| 19-13610-mdc | Julio M. Garcia, Jr. | 13 | 6/3/2019 |
| 19-13651-pmm | Karen L. Thorpe | 13 | 6/5/2019 |
| 19-13672-mdc | Jeanne M King | 13 | 6/6/2019 |
| 19-13854-amc | Charles K. Nguyen and Hien T. Nguyen | 13 | 6/14/2019 |
| 19-13862-pmm | Constance Faye Salaneck | 13 | 6/15/2019 |
| 19-13870-amc | Herbert F McGrath, Jr. | 13 | 6/17/2019 |
| 19-13877-pmm | Jeffrey P. Babb and Paula J Babb | 13 | 6/17/2019 |
| 19-13879-pmm | Thomas E. Reitnauer | 13 | 6/17/2019 |
| 19-13918-mdc | Vanessa Giles | 13 | 6/19/2019 |
| 19-13919-mdc | Kai Coleman-Morris | 13 | 6/19/2019 |
| 19-13953-amc | Eugene L. Brown | 13 | 6/20/2019 |
| 19-13988-amc | Paul C Busch | 13 | 6/21/2019 |
| 19-14019-pmm | Daniel Bruce Altieri | 13 | 6/25/2019 |
| 19-14055-amc | William D. Thompson, Jr. | 13 | 6/26/2019 |
| 19-14071-pmm | Rafael Guariomex Campos | 13 | 6/26/2019 |
| 19-14074-amc | Michael Alexander David | 13 | 6/26/2019 |

| | | | |
|---|---|---|---|
| 19-14225-pmm | Sean J Willey | 13 | 7/2/2019 |
| 19-14239-amc | Joe Rivera | 13 | 7/2/2019 |
| 19-14263-mdc | Alicia A Senat | 13 | 7/3/2019 |
| 19-14271-amc | Anthony Palazzo | 13 | 7/3/2019 |
| 19-14291-mdc | Donna M Pettiway | 13 | 7/8/2019 |
| 19-14315-pmm | Donald S Bradbury, III and Dawn M Bradbury | 13 | 7/8/2019 |
| 19-14322-pmm | Robert M. Young and Frances Young | 13 | 7/9/2019 |
| 19-14352-pmm | William Glasbrenner and Lisa Glasbrenner | 13 | 7/10/2019 |
| 19-14451-mdc | Mayank Patel and Dhvani Patel | 13 | 7/15/2019 |
| 19-14463-amc | Glenda Y Chappelle | 13 | 7/15/2019 |
| 19-14466-pmm | Karen Pell | 13 | 7/16/2019 |
| 19-14497-pmm | Juan C. Rey | 13 | 7/17/2019 |
| 19-14519-amc | Alfred Karbar | 13 | 7/17/2019 |
| 19-14573-pmm | Todd Fisher | 13 | 7/19/2019 |
| 19-14577-mdc | Shirley M Upshur | 13 | 7/19/2019 |
| 19-14630-amc | Darryl A. Seland | 13 | 7/24/2019 |
| 19-14648-amc | Dennis R. Morales and Ericka L Morales | 13 | 7/25/2019 |
| 19-14675-pmm | Mohamed Zedan | 13 | 7/26/2019 |
| 19-14679-mdc | Cleo M. James | 13 | 7/26/2019 |
| 19-14692-mdc | Michelle T Simmons | 13 | 7/27/2019 |
| 19-14703-amc | Patricia Brancato | 13 | 7/29/2019 |
| 19-14707-mdc | Pablo Vicente | 13 | 7/29/2019 |
| 19-14789-mdc | Ryan Sellers | 13 | 7/31/2019 |

| | | | |
|---|---|---|---|
| 19-14805-pmm | Dirone Troy Underwood and Cristie Marie Underwood | 13 | 7/31/2019 |
| 19-14813-pmm | Jose M. Galarza and Angela M. Galarza | 13 | 7/31/2019 |
| 19-14832-mdc | William E Zimmerle and Dawn M Zimmerle | 13 | 7/31/2019 |
| 19-14860-mdc | John J McGinnis and Margaret M McGinnis | 13 | 8/1/2019 |
| 19-14896-pmm | Amanda K. Joas | 13 | 8/2/2019 |
| 19-14923-mdc | Leon D. Chambers | 13 | 8/5/2019 |
| 19-14987-amc | Juan Colon, Jr. and Mary Ellen Colon | 13 | 8/7/2019 |
| 19-14989-amc | Sharon M Conaway | 13 | 8/7/2019 |
| 19-15004-amc | Edward Truman Henry Brown, Jr. | 13 | 8/8/2019 |
| 19-15020-pmm | Jessica Marie Burke | 13 | 8/8/2019 |
| 19-15023-pmm | Kelli L. Lowrey | 13 | 8/9/2019 |
| 19-15072-pmm | Lovonia C Walton | 13 | 8/13/2019 |
| 19-15097-amc | Scott G Bachman | 13 | 8/13/2019 |
| 19-15158-mdc | Jocelyn A Trombetta | 13 | 8/16/2019 |
| 19-15198-pmm | Matthew J. Turner and Lisa M. Turner | 13 | 8/20/2019 |
| 19-15205-pmm | Patrick L. Firestone | 13 | 8/20/2019 |
| 19-15213-pmm | William R. Yellets and Linda J. Yellets | 13 | 8/20/2019 |
| 19-15235-pmm | Barry Allen Evans and Karolyn Mae Evans | 13 | 8/21/2019 |
| 19-15255-pmm | Kelly McIntyre | 13 | 8/22/2019 |
| 19-15306-amc | Mervin J. Conner, Jr. | 13 | 8/24/2019 |
| 19-15326-mdc | Stacey G Lievens | 13 | 8/26/2019 |
| 19-15349-mdc | Anthony G Davenport | 13 | 8/27/2019 |
| 19-15469-mdc | Richard Wolfinger-Rosenthal and Elliot Rosenthal | 13 | 9/1/2019 |

| | | | |
|---|---|---|---|
| 19-15495-pmm | Monique S. Hilliard | 13 | 9/4/2019 |
| 19-15548-amc | Darius L. Green | 13 | 9/6/2019 |
| 19-15560-amc | Camille Fowler | 13 | 9/7/2019 |
| 19-15572-pmm | Robert L. Anderson, Jr. and Marlene Anderson | 13 | 9/9/2019 |
| 19-15582-mdc | James L Hayes | 13 | 9/9/2019 |
| 19-15603-amc | Geraldine Perry | 13 | 9/9/2019 |
| 19-15611-pmm | Frank J Pellegrino and Lisa A Pellegrino | 13 | 9/10/2019 |
| 19-15647-pmm | Curtis A Raymond and Anne M Raymond | 13 | 9/11/2019 |
| 19-15747-pmm | Holly Waugh | 13 | 9/15/2019 |
| 19-15749-amc | Uraina Watkins | 13 | 9/15/2019 |
| 19-15752-amc | Christian C. Denofa | 13 | 9/15/2019 |
| 19-15814-pmm | Angela Gianato | 13 | 9/17/2019 |
| 19-15842-pmm | Timothy H. Stump and Kelly A. Stump | 13 | 9/18/2019 |
| 19-15849-mdc | John Hager | 13 | 9/18/2019 |
| 19-15914-mdc | Marvin A Brooks | 13 | 9/20/2019 |
| 19-15942-pmm | Esther L. Loung | 13 | 9/23/2019 |
| 19-15948-amc | Elease C Gindraw | 13 | 9/24/2019 |
| 19-15961-mdc | Erskine R Hicks | 13 | 9/24/2019 |
| 19-16026-pmm | Christopher F. Slaugh | 13 | 9/25/2019 |
| 19-16046-mdc | Wilson Santiago, Jr. | 13 | 9/26/2019 |
| 19-16061-amc | Tatyna Petrosov | 13 | 9/26/2019 |
| 19-16069-mdc | Diane M Hartman | 13 | 9/26/2019 |
| 19-16102-mdc | Anthony C. Jones | 13 | 9/27/2019 |

| | | | |
|---|---|---|---|
| 19-16119-pmm | Karen D. Evans | 13 | 9/30/2019 |
| 19-16123-pmm | William R. Troutman and Abigail C. Troutman | 13 | 9/30/2019 |
| 19-16129-pmm | Cynthia Muse | 13 | 9/30/2019 |
| 19-16130-pmm | Roger Stief, Jr and Amanda Stief | 13 | 9/30/2019 |
| 19-16188-mdc | Robert Christopher Schell and Dawn Marie Schell | 13 | 9/30/2019 |
| 19-16191-amc | David Labs and Cheryl Labs | 13 | 10/1/2019 |
| 19-16221-mdc | Richard Braude | 13 | 10/2/2019 |
| 19-16266-pmm | Janelle A. Dixon | 13 | 10/3/2019 |
| 19-16337-amc | Jeremias Olivo | 13 | 10/8/2019 |
| 19-16345-amc | Patricia F. Kent | 13 | 10/9/2019 |
| 19-16354-mdc | Joshua L Kravitz and Jennifer M. Kravitz | 13 | 10/9/2019 |
| 19-16371-mdc | Thomas F McAuliffe, Jr | 13 | 10/10/2019 |
| 19-16384-mdc | MD Z. Ahmed | 13 | 10/10/2019 |
| 19-16405-pmm | Valarie A. Bennish | 13 | 10/11/2019 |
| 19-16421-amc | Debbie Edwards | 13 | 10/11/2019 |
| 19-16452-mdc | Robert M Thornton and Margaret L Thornton | 13 | 10/15/2019 |
| 19-16471-amc | Danielle Nicole Morris | 13 | 10/15/2019 |
| 19-16480-pmm | Michelle A. White | 13 | 10/16/2019 |
| 19-16485-pmm | Juliusz Warszawa and Elizabeth Warszawa | 13 | 10/16/2019 |
| 19-16490-amc | Sevdil Amzaji | 13 | 10/16/2019 |
| 19-16493-amc | Allen Baxter, III | 13 | 10/16/2019 |
| 19-16547-pmm | Steven J Felder | 13 | 10/18/2019 |
| 19-16607-mdc | Kareem Samuel | 13 | 10/22/2019 |

| | | | |
|---|---|---|---|
| 19-16632-pmm | Leo V. DeVito | 13 | 10/23/2019 |
| 19-16676-mdc | Thomas D McDevitt | 13 | 10/25/2019 |
| 19-16681-amc | Yongping Wang | 13 | 10/25/2019 |
| 19-16808-amc | Michael Wray Thompson and Cynthia Mae Thompson | 13 | 10/31/2019 |
| 19-16822-mdc | Brian T Reilly and Jodi L Reilly | 13 | 10/31/2019 |
| 19-16854-mdc | Chad M Archer and Emily Archer | 13 | 10/31/2019 |
| 19-16971-pmm | James Joseph Powers, Jr. | 13 | 11/5/2019 |
| 19-16972-amc | Joseph Colucci | 13 | 11/6/2019 |
| 19-16996-mdc | Narada D Edgar | 13 | 11/6/2019 |
| 19-17008-pmm | Jeffrey B. Harless and Maria J. Harless | 13 | 11/7/2019 |
| 19-17048-amc | Maryann Menkhaus | 13 | 11/7/2019 |
| 19-17124-amc | Michael DeVito and Taralynn Theresa O'Brien | 13 | 11/13/2019 |
| 19-17151-amc | Kia N. Broadway | 13 | 11/13/2019 |
| 19-17154-pmm | Michael L Torrence, Sr. and Nicole S Torrence | 13 | 11/14/2019 |
| 19-17188-amc | Roxanne Ramos and Wilfred Ramos | 13 | 11/15/2019 |
| 19-17197-pmm | Sean Jenkins | 13 | 11/15/2019 |
| 19-17208-amc | Derek N. Hairston | 13 | 11/15/2019 |
| 19-17263-mdc | Mikole Rivera | 13 | 11/19/2019 |
| 19-17361-amc | Paul D. Holley | 13 | 11/22/2019 |
| 19-17364-mdc | John A Campbell | 13 | 11/23/2019 |
| 19-17402-pmm | Richard Anthony Rutgers and Elva Mae Rutgers | 13 | 11/26/2019 |
| 19-17522-pmm | Daniel L Amy | 13 | 12/2/2019 |
| 19-17530-mdc | Aquilla L Mizelle | 13 | 12/2/2019 |

| 19-17533-amc | Donna P. Allen | 13 | 12/2/2019 |
| 19-17555-amc | Robert M Ellis | 13 | 12/3/2019 |
| 19-17645-pmm | Zulkia Maldonado | 13 | 12/6/2019 |
| 19-17669-amc | Charles P. Simon and Patricia M. Simon | 13 | 12/9/2019 |
| 19-17699-pmm | Jacqueline Amaro and Miguel Amaro | 13 | 12/10/2019 |
| 19-17728-amc | Robert J. Titus and Helena M. Titus | 13 | 12/11/2019 |
| 19-17740-mdc | Carla L Wright | 13 | 12/12/2019 |
| 19-17748-mdc | Bart Leslie Jaffe and Adrian Jaffe | 13 | 12/12/2019 |
| 19-17758-amc | Edwin N Delacruz and Jamie L. DelaCruz | 13 | 12/12/2019 |
| 19-17762-amc | Pavel Balon | 13 | 12/12/2019 |
| 19-17775-amc | Tilda A. Sanders | 13 | 12/13/2019 |
| 19-17800-amc | Raymond J. Wesolowski, Jr. and Grace Theresa Evans | 13 | 12/13/2019 |
| 19-17805-amc | Hafeezah Salaam | 13 | 12/14/2019 |
| 19-17834-mdc | Raymond G. Wolf, Sr. | 13 | 12/17/2019 |
| 19-17846-amc | Avery B Wadlington, Jr. and Janiele Wadlington | 13 | 12/17/2019 |
| 19-17850-amc | Sarah Washco | 13 | 12/17/2019 |
| 19-17854-amc | Daniel A Formica and Marcie A Formica | 13 | 12/18/2019 |
| 19-17878-mdc | Ralph E. Miller, Jr. and Alyce DiPietro-Miller | 13 | 12/18/2019 |
| 19-17894-pmm | Roi E. Paulino-Moreta | 13 | 12/19/2019 |
| 19-17901-pmm | Kevin J. Urbine | 13 | 12/20/2019 |
| 19-17972-mdc | Latisha A Reed | 13 | 12/26/2019 |
| 19-17973-amc | Najwa Alkhatib | 13 | 12/26/2019 |
| 19-18003-pmm | Carmen I. Rivera | 13 | 12/29/2019 |

| | | | |
|---|---|---|---|
| 19-18028-amc | Garry Core | 13 | 12/30/2019 |
| 20-10046-mdc | Lisa H. Prince | 13 | 1/5/2020 |
| 20-10105-pmm | Phares Wood and MaryElizabeth Adamczyk | 13 | 1/7/2020 |
| 20-10160-mdc | Alison J. Zarmanian | 13 | 1/9/2020 |
| 20-10163-amc | Dallas F Walters, Jr | 13 | 1/9/2020 |
| 20-10164-mdc | Cynthia Santiago | 13 | 1/9/2020 |
| 20-10181-mdc | Michael J Penston and Paula Mustata | 13 | 1/10/2020 |
| 20-10231-pmm | Anthony Guerrero | 13 | 1/13/2020 |
| 20-10277-mdc | Richard Scott Morris and Kristi Morris | 13 | 1/15/2020 |
| 20-10301-pmm | Francisco Hernandez and Meyling Jimenez Gomez | 13 | 1/16/2020 |
| 20-10305-pmm | Marcia K. Garraway | 13 | 1/16/2020 |
| 20-10306-amc | David J. Wallace | 13 | 1/16/2020 |
| 20-10313-mdc | James Michael Stritch | 13 | 1/16/2020 |
| 20-10326-mdc | Pamela Y Edwards | 13 | 1/17/2020 |
| 20-10357-amc | Terrace Daniels | 13 | 1/18/2020 |
| 20-10463-pmm | James M. Fox and Jason M. Slovak | 13 | 1/24/2020 |
| 20-10520-amc | Robin Lynn Busby | 13 | 1/28/2020 |
| 20-10587-amc | Anthony Devero and Lakesha S. Devero | 13 | 1/30/2020 |
| 20-10594-pmm | Keith E Young | 13 | 1/30/2020 |
| 20-10602-pmm | Luz E. Delgado Elicier | 13 | 1/30/2020 |
| 20-10622-amc | Katie E. Bryant | 13 | 1/31/2020 |
| 20-10630-amc | Deshawnda L Williams | 13 | 1/31/2020 |
| 20-10648-pmm | Sharon D Starling | 13 | 1/31/2020 |

| | | | |
|---|---|---|---|
| 20-10650-amc | Karla M Castro | 13 | 1/31/2020 |
| 20-10688-amc | Sharon V Woods | 13 | 2/3/2020 |
| 20-10707-pmm | Scott Raber and Christine Raber | 13 | 2/3/2020 |
| 20-10726-amc | Gloria J. Edwards | 13 | 2/4/2020 |
| 20-10742-amc | Bruce E. Caulder | 13 | 2/4/2020 |
| 20-10747-pmm | Melvin Torres | 13 | 2/5/2020 |
| 20-10767-amc | Jaynee Alexis Davis | 13 | 2/6/2020 |
| 20-10801-mdc | Richard G Novotny and Beverly J Novotny | 13 | 2/7/2020 |
| 20-10823-pmm | Shackarah S. Vera | 13 | 2/10/2020 |
| 20-10931-pmm | David A Boisvert | 13 | 2/14/2020 |
| 20-10974-pmm | Jose L. Perez and Luz M. Perez | 13 | 2/18/2020 |
| 20-10990-mdc | John F. Petersheim and Lena Mae Petersheim | 12 | 2/19/2020 |
| 20-11100-pmm | Gretta P. Shortt-Oliver | 13 | 2/22/2020 |
| 20-11101-amc | Cristal M. Watkins-Ford | 13 | 2/22/2020 |
| 20-11102-amc | Lorenzo D. White and Roberta M. White | 13 | 2/22/2020 |
| 20-11127-pmm | Alan Richard DeLong | 13 | 2/25/2020 |
| 20-11199-mdc | Shawn M. Dyches | 13 | 2/27/2020 |
| 20-11200-pmm | Kimberly E. DeWald | 13 | 2/27/2020 |
| 20-11230-amc | Frederick R. Naddeo and Debra A. Naddeo | 13 | 2/28/2020 |
| 20-11248-mdc | Mawiyah Bawa | 13 | 2/28/2020 |
| 20-11347-amc | Eric L Powell, Sr. | 13 | 3/2/2020 |
| 20-11352-amc | Christopher Dahme and Martine Dahme | 13 | 3/2/2020 |
| 20-11360-pmm | Christine A. Deery | 13 | 3/3/2020 |

| | | | |
|---|---|---|---|
| 20-11372-mdc | William F Schrul | 13 | 3/3/2020 |
| 20-11460-amc | James A Jones | 13 | 3/7/2020 |
| 20-11512-amc | Kathleen Walz | 13 | 3/10/2020 |
| 20-11529-mdc | Bobby Jackson | 13 | 3/11/2020 |
| 20-11543-amc | Douglas Edward Tranter, Jr. | 13 | 3/11/2020 |
| 20-11562-mdc | Wayne R. Hammond and Jennifer L. Hammond | 13 | 3/12/2020 |
| 20-11563-amc | Lance P. Marshall | 13 | 3/12/2020 |
| 20-11596-amc | Vera D McFarland | 13 | 3/13/2020 |
| 20-11627-pmm | Lisa M. Williams | 13 | 3/16/2020 |
| 20-11639-amc | Phyllice J. Jackson | 13 | 3/16/2020 |
| 20-11709-amc | Ginevra N Perna | 13 | 3/19/2020 |
| 20-11713-pmm | Robert M. Cole | 13 | 3/20/2020 |
| 20-11764-pmm | Javier Ivan Centeno Ocasio | 13 | 3/23/2020 |
| 20-11804-mdc | Shakina Liggins | 13 | 3/26/2020 |
| 20-11822-mdc | Philip E. Carrozza and Dolores A. Carrozza | 13 | 3/27/2020 |
| 20-11825-mdc | Philip A. Weidman and Maureen M. Weidman | 13 | 3/27/2020 |
| 20-11839-mdc | Arvette E Benson | 13 | 3/30/2020 |
| 20-11888-amc | Sheena Richardson | 13 | 4/1/2020 |
| 20-11961-amc | Michael L Salat | 13 | 4/10/2020 |
| 20-12007-amc | Nabil Nyazi | 13 | 4/15/2020 |
| 20-12013-amc | Chang Hua Wang | 13 | 4/16/2020 |
| 20-12023-amc | Angela Walker and Angela Walker | 13 | 4/16/2020 |
| 20-12032-mdc | Eroleen Nelson | 13 | 4/17/2020 |

| | | | |
|---|---|---|---|
| 20-12095-mdc | Kevin P. Brennan and Catherine V. Brennan | 13 | 4/23/2020 |
| 20-12102-amc | Michael Gordon and Meghan Gordon | 13 | 4/24/2020 |
| 20-12117-amc | John Athanas and Caroline Athanas | 13 | 4/24/2020 |
| 20-12168-pmm | Miguel Silvino Varela-Cepero | 13 | 4/30/2020 |
| 20-12200-amc | William D Jernigan | 13 | 5/1/2020 |
| 20-12233-amc | Keisha M. Brown | 13 | 5/5/2020 |
| 20-12276-mdc | Leonard S. Bergman and Michele J. Bergman | 13 | 5/12/2020 |
| 20-12350-amc | Steven B. Young | 13 | 5/20/2020 |
| 20-12356-pmm | Stacey Jean Howington | 13 | 5/20/2020 |
| 20-12378-amc | James Joseph Conaway | 13 | 5/21/2020 |
| 20-12412-pmm | Brian R Schoenberger and Diane L Schoenberger | 13 | 5/26/2020 |
| 20-12591-mdc | Edith M. Chew | 13 | 6/10/2020 |
| 20-12601-amc | Neal Weinstein | 13 | 6/11/2020 |
| 20-12616-mdc | Reelle K Witherspoon | 13 | 6/12/2020 |
| 20-12636-amc | Tomeka Magee | 13 | 6/15/2020 |
| 20-12678-amc | Brittney Nix-Crawford | 13 | 6/18/2020 |
| 20-12703-pmm | Donnell B. Simon and Donnell B. Simon | 13 | 6/19/2020 |
| 20-12746-pmm | Ertan Erden | 13 | 6/23/2020 |
| 20-12754-amc | Shamima A Rahman and Misbaur Rahman | 13 | 6/24/2020 |
| 20-12768-pmm | John C. Borschel | 13 | 6/24/2020 |
| 20-12771-pmm | Timothy L. Billig and Teresa M. Billig | 12 | 6/25/2020 |
| 20-12812-mdc | Sharon A Gombocz | 13 | 6/29/2020 |
| 20-12839-pmm | Francesco Incardona | 13 | 6/30/2020 |

| | | | |
|---|---|---|---|
| 20-12877-amc | Kristy L. Santiago | 13 | 7/2/2020 |
| 20-12890-mdc | Andrenita Haddad | 13 | 7/3/2020 |
| 20-13007-pmm | Samuel Gerald Williams and Angela Moniq Williams | 13 | 7/16/2020 |
| 20-13111-pmm | Mark Brandstetter and Bernadette Brandstetter | 13 | 7/24/2020 |
| 20-13119-mdc | Andrea L. McNear | 13 | 7/27/2020 |
| 20-13137-amc | Gregg M Holden and Lauren M Holden | 13 | 7/28/2020 |
| 20-13138-mdc | Marilyn J Crowell | 13 | 7/28/2020 |
| 20-13152-mdc | Thomas Van Osten and Cynthia Ann Van Osten | 13 | 7/29/2020 |
| 20-13276-pmm | Regina Radogna | 13 | 8/7/2020 |
| 20-13311-mdc | Angelina Geiger | 13 | 8/11/2020 |
| 20-13324-pmm | Donald R. Buckley | 13 | 8/12/2020 |
| 20-13545-amc | Erika M Stevenson | 13 | 8/31/2020 |
| 20-13557-mdc | Stephen Todd Walker | 11 | 9/1/2020 |
| 20-13566-mdc | Joy J Walker | 13 | 9/2/2020 |
| 20-13619-amc | Waldo Alfaro and Rositsa Manolcheva | 13 | 9/8/2020 |
| 20-13637-mdc | Dawn Elizabeth Weimar | 13 | 9/10/2020 |
| 20-13657-mdc | Edwin Ackerman, Jr. | 13 | 9/10/2020 |
| 20-13673-pmm | Steven W. Strickler | 13 | 9/11/2020 |
| 20-13811-amc | Kristin A Large | 13 | 9/23/2020 |
| 20-13829-pmm | Annette R Bartholomew and Dale R Bartholomew | 13 | 9/23/2020 |
| 20-13887-pmm | Robin L. Cunconan-Lahr | 13 | 9/28/2020 |
| 20-13888-amc | Jesse Davis and Ebony Davis | 13 | 9/28/2020 |
| 20-13966-pmm | Marjory J. Salazar | 13 | 10/2/2020 |

| | | | |
|---|---|---|---|
| 20-13982-amc | Anthony J. Costanzo and Kimberly A. Katchen-Costanzo | 13 | 10/5/2020 |
| 20-13983-pmm | Jessica J. Semidey | 13 | 10/5/2020 |
| 20-14010-amc | Joanne Lawrence | 13 | 10/7/2020 |
| 20-14053-mdc | Shawn Elko | 13 | 10/12/2020 |
| 20-14177-mdc | Patrick Flannery and Caroline Flannery | 13 | 10/21/2020 |
| 20-14200-mdc | Anthony M. Daniele and Lisa L. Daniele | 13 | 10/22/2020 |
| 20-14225-mdc | Kris J. Matura | 13 | 10/23/2020 |
| 20-14229-pmm | Donald Kern and Julianne Kern | 13 | 10/26/2020 |
| 20-14261-mdc | James B. Rudolph and Geralyn G. Rudolph | 13 | 10/27/2020 |
| 20-14340-pmm | Luis Malpica | 13 | 11/2/2020 |
| 20-14471-pmm | Iva Bonelli | 13 | 11/18/2020 |
| 20-14500-amc | Peter S Sok | 13 | 11/20/2020 |
| 20-14534-amc | Don C. Williams | 13 | 11/23/2020 |
| 20-14535-amc | Thomas A. Yankanich and Carol Lynn Yankanich | 13 | 11/23/2020 |
| 20-14559-pmm | Adam S. Miller | 13 | 11/26/2020 |
| 20-14596-amc | Troy Jordon | 13 | 11/30/2020 |
| 20-14630-pmm | Dennis R. Karalfa and Linda J. Karalfa | 13 | 12/3/2020 |
| 20-14631-amc | Frank Paul Orlando and Kathy Colleen Orlando | 13 | 12/3/2020 |
| 20-14648-pmm | Spiros Malitsis and Lena Alena Malitsis | 13 | 12/4/2020 |
| 20-14740-mdc | Kevin P. Griffey | 13 | 12/14/2020 |
| 20-14755-pmm | Elaine J. Keiper | 13 | 12/15/2020 |
| 20-14775-pmm | David J Fassbender | 13 | 12/17/2020 |
| 20-14792-pmm | Mary Agnes Steele | 13 | 12/19/2020 |

| Case Number | Name | Ch | Date |
|---|---|---|---|
| 20-14801-mdc | Ben Houston Booker, Jr. and Stacey Booker | 13 | 12/21/2020 |
| 20-14817-pmm | Pamela Darlene Johnson | 13 | 12/22/2020 |
| 20-14833-pmm | Ray E. Weaver and Mary E. Weaver | 13 | 12/23/2020 |
| 20-14838-mdc | Daniel E. Price | 13 | 12/24/2020 |
| 20-14844-amc | Miguel A. Santiago, Jr. | 13 | 12/25/2020 |
| 20-14859-mdc | Brenda E Glover | 13 | 12/29/2020 |
| 20-14862-pmm | Sadie-Ann Goulbourne and Michael Goulbourne | 13 | 12/29/2020 |
| 20-14870-pmm | Clara A. DeBeneditto | 13 | 12/29/2020 |
| 20-14900-mdc | Christine M Friel and Rory N Friel | 13 | 12/31/2020 |
| 21-10043-mdc | Raheem W Weinberg | 13 | 1/7/2021 |
| 21-10054-amc | Richard W. Johnson, Jr. and Alyse M. Johnson | 11 | 1/8/2021 |
| 21-10097-pmm | Robert S. Stimpfle | 13 | 1/14/2021 |
| 21-10198-mdc | Bruce Leonard Forsythe | 13 | 1/27/2021 |
| 21-10217-amc | Desiree M. Kakos and Evangelos G. Kakos | 13 | 1/28/2021 |
| 21-10266-mdc | Diane Boland | 13 | 2/3/2021 |
| 21-10287-pmm | Ann Krueger-Ruff and Duane F. Ruff | 13 | 2/5/2021 |
| 21-10312-pmm | Donald Michael Reinmiller | 13 | 2/8/2021 |
| 21-10317-mdc | Nicholas Zindel Epps | 13 | 2/8/2021 |
| 21-10331-mdc | Marjorie A. Snyder | 13 | 2/10/2021 |
| 21-10374-pmm | Thomas Waring and Lee Anne Waring | 13 | 2/16/2021 |
| 21-10388-pmm | Quanda Graves | 13 | 2/18/2021 |
| 21-10448-amc | Jeanette L DelValle | 13 | 2/24/2021 |
| 21-10486-amc | Swadesh R. Bhattacharje | 13 | 2/26/2021 |

| | | | |
|---|---|---|---|
| 21-10540-pmm | Harold G. Adams | 13 | 3/4/2021 |
| 21-10644-amc | S Marie Collier Stasyk | 13 | 3/16/2021 |
| 21-10775-mdc | Shirleen Miles Roberson | 13 | 3/26/2021 |
| 21-10793-pmm | John Jacobs and Erin Jacobs | 13 | 3/29/2021 |
| 21-10821-amc | Amy Lynn Gainor | 13 | 3/30/2021 |
| 21-10935-mdc | Shawn T. Hamiel | 13 | 4/8/2021 |
| 21-10942-pmm | Edward Cubernot | 13 | 4/8/2021 |
| 21-11012-mdc | Charise R. McGill | 13 | 4/14/2021 |
| 21-11020-amc | Mohammed Alam | 13 | 4/15/2021 |
| 21-11067-amc | Dolores Rita Nyce | 13 | 4/19/2021 |
| 21-11073-mdc | Michael Weems | 13 | 4/19/2021 |
| 21-11249-mdc | Victoria Marcocelli | 13 | 4/30/2021 |
| 21-11253-pmm | Anett Melinda Rizos | 13 | 4/30/2021 |
| 21-11319-mdc | Stephanie T. Fryer | 13 | 5/7/2021 |
| 21-11388-mdc | Christopher Baxter | 13 | 5/14/2021 |
| 21-11438-pmm | Kathleen M Lambert | 13 | 5/20/2021 |
| 21-11462-amc | Robert W Wojciechowski, Jr. and Cheryl Wojciechowski | 13 | 5/21/2021 |
| 21-11472-pmm | Nguyen Thao Tran | 13 | 5/23/2021 |
| 21-11482-pmm | Omar Touri | 13 | 5/24/2021 |
| 21-11558-pmm | Mohendra Sheoprashad | 13 | 5/28/2021 |
| 21-11560-amc | Sierra L. McMonagle | 13 | 5/29/2021 |
| 21-11580-amc | John S. Carnes, Jr. | 13 | 6/2/2021 |
| 21-11590-amc | Linda L Artman | 13 | 6/3/2021 |

| | | | |
|---|---|---|---|
| 21-11658-amc | Denise Robin Marshall | 13 | 6/11/2021 |
| 21-11670-pmm | Patrick Scott Musser | 13 | 6/11/2021 |
| 21-11689-mdc | Peter E. Tavani | 13 | 6/15/2021 |
| 21-11691-amc | Andrea Witt | 13 | 6/15/2021 |
| 21-11707-mdc | Anna Marie Horstman | 13 | 6/16/2021 |
| 21-11722-mdc | Cyrus Pollard and Rhonda Denise Pollard | 13 | 6/17/2021 |
| 21-11771-mdc | Marquita Kirk | 13 | 6/24/2021 |
| 21-11790-pmm | Eric Perez and Shannon Perez | 13 | 6/25/2021 |
| 21-11823-pmm | Kathy Lynn Grim | 13 | 6/29/2021 |
| 21-11828-mdc | Jose L. Hernandez and Maria D. Maldonado | 13 | 6/29/2021 |
| 21-11892-pmm | Jason N. Grim and Blanca M Grim | 13 | 7/6/2021 |
| 21-11914-mdc | Emma Shaw-Camara | 13 | 7/8/2021 |
| 21-11923-pmm | William Gilyard | 13 | 7/12/2021 |
| 21-11947-mdc | Sidney Freeman | 13 | 7/14/2021 |
| 21-11963-mdc | Ralph L. Major | 13 | 7/15/2021 |
| 21-11989-amc | Shawn B Mathis | 13 | 7/16/2021 |
| 21-12092-amc | Dazhi Qiu | 13 | 7/27/2021 |
| 21-12112-pmm | Christopher Clifton Jones | 13 | 7/29/2021 |
| 21-12122-pmm | Shaun Michael Hallman | 13 | 7/29/2021 |
| 21-12131-mdc | Matthew O James | 13 | 7/30/2021 |
| 21-12148-pmm | Mark John Wilkins | 13 | 8/3/2021 |
| 21-12240-amc | Barbara Jean Sims | 13 | 8/13/2021 |
| 21-12244-pmm | John R. Hall, Jr. | 13 | 8/14/2021 |

| | | | |
|---|---|---|---|
| 21-12276-amc | Reginald Bernard Draughn | 13 | 8/18/2021 |
| 21-12280-amc | Robert Howard Jackson | 13 | 8/18/2021 |
| 21-12301-amc | Kristy Bernard | 13 | 8/19/2021 |
| 21-12323-mdc | David F Rodriguez and Maria C Rodriguez | 13 | 8/23/2021 |
| 21-12329-pmm | William C. Parks and Kimberly L. Parks | 13 | 8/24/2021 |
| 21-12360-amc | Sandra E. Stetler | 13 | 8/27/2021 |
| 21-12391-pmm | Kevin C. Fountain | 13 | 8/31/2021 |
| 21-12428-amc | Leonard Jones | 13 | 9/3/2021 |
| 21-12433-pmm | Roy R. Walton, Jr. | 13 | 9/6/2021 |
| 21-12444-mdc | Carl Anthony Mountes | 13 | 9/7/2021 |
| 21-12494-mdc | Lavonia Jenkins | 13 | 9/11/2021 |
| 21-12531-mdc | Edgar L Brown | 13 | 9/14/2021 |
| 21-12580-pmm | Melinda Ebling | 13 | 9/19/2021 |
| 21-12592-amc | Daneen Noshoen Henderson | 13 | 9/21/2021 |
| 21-12593-mdc | Rafael Puntier Fernandez | 13 | 9/21/2021 |
| 21-12668-pmm | Kristen Faust | 13 | 9/29/2021 |
| 21-12709-mdc | Rosemarie A Drydgen | 13 | 9/30/2021 |
| 21-12777-amc | Stacey Lynne Griffin | 13 | 10/8/2021 |
| 21-12778-mdc | Sheri Johnson | 13 | 10/8/2021 |
| 21-12811-pmm | Diane K. Harris | 13 | 10/14/2021 |
| 21-12861-mdc | Linda Tenuto | 13 | 10/20/2021 |
| 21-12874-pmm | Delena Lorraine Reeves | 13 | 10/22/2021 |
| 21-12905-pmm | Jamie Dawn Walker | 13 | 10/27/2021 |

| | | | |
|---|---|---|---|
| 21-12934-mdc | Damita Regina Smith | 13 | 10/28/2021 |
| 21-12946-amc | Frederick Paul Rumig | 13 | 10/29/2021 |
| 21-12960-amc | Sheila Williams | 13 | 10/29/2021 |
| 21-12983-mdc | Thomas J Revinski | 13 | 11/3/2021 |
| 21-12992-amc | Qynesha S. Tolbert | 13 | 11/3/2021 |
| 21-12998-pmm | Charles Joesph Herbert | 13 | 11/4/2021 |
| 21-13027-amc | Linda J. Pisano | 13 | 11/8/2021 |
| 21-13040-mdc | Reginald H. Taylor, Jr. and Takiema S. Taylor | 13 | 11/10/2021 |
| 21-13079-amc | Hazel Williamson | 13 | 11/16/2021 |
| 21-13083-pmm | Pamela Denise Jonjo | 13 | 11/17/2021 |
| 21-13097-pmm | Robert Shane Fredd and Michelle L. Fredd | 13 | 11/18/2021 |
| 21-13105-pmm | James T Van Horn | 13 | 11/19/2021 |
| 21-13147-amc | Joy T. Rivers | 13 | 11/24/2021 |
| 21-13161-pmm | Diane McPeek | 13 | 11/29/2021 |
| 21-13177-pmm | Dennis J. Miller, Sr. | 13 | 11/30/2021 |
| 21-13186-mdc | Rachael Thomson | 13 | 11/30/2021 |
| 21-13212-mdc | David M. Bizal | 13 | 12/3/2021 |
| 21-13261-mdc | Barbara Fisher | 13 | 12/9/2021 |
| 21-13336-mdc | Perry McCants | 13 | 12/19/2021 |
| 21-13401-mdc | Gerald E Kane | 13 | 12/29/2021 |
| 22-10032-amc | Feji Cherian | 13 | 1/6/2022 |
| 22-10040-mdc | James D Ziegler | 13 | 1/10/2022 |
| 22-10060-amc | Belinda Marie Crawley | 13 | 1/12/2022 |

| | | | |
|---|---|---|---|
| 22-10087-mdc | Antoinisha Bertha Wells | 13 | 1/16/2022 |
| 22-10122-pmm | Dolores L. Yenik | 13 | 1/19/2022 |
| 22-10175-pmm | Scott D. Montague | 13 | 1/25/2022 |
| 22-10191-pmm | Steven G. Hurley | 13 | 1/25/2022 |
| 22-10198-mdc | Noris M. Flores | 13 | 1/26/2022 |
| 22-10203-pmm | Luis Alberto Montalvo | 13 | 1/27/2022 |
| 22-10251-pmm | Jesse Dale Mast | 13 | 2/3/2022 |
| 22-10254-pmm | Matthew Richard Macdonough and Erin Beth Macdonough | 13 | 2/3/2022 |
| 22-10268-mdc | Michael S Raskay and Denise E Raskay | 13 | 2/7/2022 |
| 22-10275-amc | Frank J Wright | 13 | 2/7/2022 |
| 22-10313-pmm | George Staretz and Dolores Staretz | 13 | 2/10/2022 |
| 22-10321-amc | Nathan J. Weaver | 13 | 2/10/2022 |
| 22-10376-mdc | Porter Clark, Jr. | 13 | 2/16/2022 |
| 22-10383-amc | Rosalind Parrish | 13 | 2/17/2022 |
| 22-10396-mdc | Anthony Muni and Angela Muni | 13 | 2/18/2022 |
| 22-10414-mdc | Dawn Reynolds | 13 | 2/19/2022 |
| 22-10444-pmm | Nicole Marion Godfrey | 13 | 2/23/2022 |
| 22-10457-amc | Pablo Celedonio | 13 | 2/25/2022 |
| 22-10477-mdc | Ana P. Parrish | 13 | 2/27/2022 |
| 22-10520-pmm | Chamelle A. Jefferson | 13 | 2/28/2022 |
| 22-10540-pmm | Edgar Guarino and Laura A. Guarino | 13 | 3/2/2022 |
| 22-10557-pmm | Wendy Dietrich | 13 | 3/4/2022 |
| 22-10562-pmm | Edita E. Morales | 13 | 3/4/2022 |

| | | | |
|---|---|---|---|
| 22-10565-mdc | Milton Gibbs | 13 | 3/4/2022 |
| 22-10583-pmm | Muhammad K Abbasi | 13 | 3/8/2022 |
| 22-10631-mdc | Taylor K. Repine | 13 | 3/15/2022 |
| 22-10643-mdc | Clarence L. Hilliard, III | 13 | 3/16/2022 |
| 22-10680-mdc | Charles Gresham, Jr. | 13 | 3/18/2022 |
| 22-10683-amc | Deon A. Paylor | 13 | 3/19/2022 |
| 22-10694-pmm | Mary Jane Smith | 13 | 3/22/2022 |
| 22-10698-amc | Francis M Del Campo | 13 | 3/22/2022 |
| 22-10722-pmm | Barbara Ann Craft | 13 | 3/24/2022 |
| 22-10756-amc | Lisa Green-Harvey | 13 | 3/28/2022 |
| 22-10770-pmm | Jason T. Schmidt and Magdalena Zamirski | 13 | 3/29/2022 |
| 22-10783-pmm | Angela Filiziani | 13 | 3/29/2022 |
| 22-10802-mdc | Anthony Wall | 13 | 3/30/2022 |
| 22-10803-mdc | Pierrette V. Pearson | 13 | 3/30/2022 |
| 22-10807-mdc | Cedrick Blakney | 13 | 3/30/2022 |
| 22-10808-mdc | Charlie Stratton | 13 | 3/30/2022 |
| 22-10818-mdc | Scott Alan Grace and Terri L Grace | 13 | 3/31/2022 |
| 22-10824-mdc | Shanyel M. Little and Marcus A. Little | 13 | 3/31/2022 |
| 22-10860-amc | George May, Jr. | 13 | 4/4/2022 |
| 22-10861-pmm | Kim Lindsay | 13 | 4/4/2022 |
| 22-10867-amc | Sonya Singer | 13 | 4/4/2022 |
| 22-10870-mdc | Danielle L. White | 13 | 4/4/2022 |
| 22-10881-pmm | Bassam H. Dib | 13 | 4/5/2022 |

| | | | |
|---|---|---|---|
| 22-10899-mdc | Matthew R. Wenner | 13 | 4/6/2022 |
| 22-10900-amc | Richard E Walker | 13 | 4/6/2022 |
| 22-10944-mdc | Lauren Scholl | 13 | 4/11/2022 |
| 22-10971-mdc | Kevin E. Trusty | 13 | 4/14/2022 |
| 22-10982-pmm | Lisa Santa Barbara | 13 | 4/15/2022 |
| 22-10986-amc | Lamont Ragsdale, Sr. | 13 | 4/15/2022 |
| 22-11002-mdc | Gocha Gelashvili | 13 | 4/20/2022 |
| 22-11004-mdc | Constance L. Lapham | 13 | 4/20/2022 |
| 22-11018-amc | Angel Luis Leon, III | 13 | 4/21/2022 |
| 22-11030-mdc | Cincearae Kelly | 13 | 4/21/2022 |
| 22-11037-pmm | Tina Strack | 13 | 4/22/2022 |
| 22-11096-mdc | Matthew John Majernik | 13 | 4/29/2022 |
| 22-11107-mdc | Edward M. Hausle | 13 | 4/29/2022 |
| 22-11117-amc | Justin Gensel | 13 | 4/29/2022 |
| 22-11182-pmm | Tiffanie J. Lane | 13 | 5/6/2022 |
| 22-11197-amc | Kevin A Gatto | 13 | 5/9/2022 |
| 22-11210-mdc | Kevin W Brinze and Donna L Brinze | 13 | 5/10/2022 |
| 22-11225-mdc | Wayne R. Trotman | 11 | 5/12/2022 |
| 22-11226-amc | Andrew C. Boney | 13 | 5/12/2022 |
| 22-11238-mdc | Markeyes D Anderson | 13 | 5/13/2022 |
| 22-11242-pmm | Raymond R. McPeek, II | 13 | 5/13/2022 |
| 22-11268-pmm | Julia B. Marcelli | 13 | 5/17/2022 |
| 22-11284-amc | Leon Donald Cleveland | 13 | 5/18/2022 |

| 22-11289-pmm | Fred Michael Salgado | 13 | 5/19/2022 |
| 22-11307-pmm | Charles W. Robinson, Sr. and Robin E. Robinson | 13 | 5/20/2022 |
| 22-11316-mdc | Jonathan R Rodriguez | 13 | 5/20/2022 |
| 22-11338-pmm | Darrel J. Smith, Jr. and Kara R. Smith | 13 | 5/24/2022 |
| 22-11368-mdc | Vincent Wendowski | 13 | 5/26/2022 |
| 22-11376-mdc | Thomas C Luther | 13 | 5/27/2022 |
| 22-11416-amc | Cynthia E. Culbreath | 13 | 6/1/2022 |
| 22-11422-pmm | Jeffrey George Marshall | 13 | 6/2/2022 |
| 22-11423-mdc | Rosanne M. England | 13 | 6/2/2022 |
| 22-11427-amc | Wanda Mial | 13 | 6/2/2022 |
| 22-11441-pmm | Angel Matos | 13 | 6/3/2022 |
| 22-11443-pmm | Sean Scott | 13 | 6/3/2022 |
| 22-11470-amc | Maurice Presbery | 13 | 6/6/2022 |
| 22-11479-mdc | Michelle Y. Gillyard | 13 | 6/7/2022 |
| 22-11489-amc | Joseph F. Faino | 13 | 6/8/2022 |
| 22-11505-mdc | Kelli McKenna | 13 | 6/9/2022 |
| 22-11539-mdc | Kevin F. Kane | 13 | 6/14/2022 |
| 22-11581-pmm | Christine A. Kurtz | 13 | 6/17/2022 |
| 22-11603-amc | Brian Morris and Eileen Morris | 13 | 6/21/2022 |
| 22-11610-pmm | Ana J. Blanco | 13 | 6/21/2022 |
| 22-11666-amc | David Alderfer | 13 | 6/27/2022 |
| 22-11734-pmm | Sandra V. Adams | 13 | 6/30/2022 |
| 22-11747-mdc | Elizabeth Miller | 13 | 7/1/2022 |

| | | | |
|---|---|---|---|
| 22-11761-mdc | Tanya Stanley-Williams | 13 | 7/5/2022 |
| 22-11814-amc | Idelfonso Rodriguez, Jr. | 13 | 7/11/2022 |
| 22-11817-pmm | Michael L. Murray | 13 | 7/11/2022 |
| 22-11863-pmm | Julia C. McCartha | 13 | 7/16/2022 |
| 22-11885-amc | William P Brennan | 13 | 7/20/2022 |
| 22-11887-pmm | Colton A. Piccolo and Cayla B. Piccolo | 13 | 7/21/2022 |
| 22-11904-amc | Patricia A Brown | 13 | 7/22/2022 |
| 22-11959-mdc | Shelby J. Neely | 13 | 7/27/2022 |
| 22-11992-pmm | Eric W. Johanson and Andrea M. Johanson | 13 | 7/29/2022 |
| 22-12004-amc | Inez E Norris | 13 | 8/1/2022 |
| 22-12039-mdc | Suanne Wills | 13 | 8/4/2022 |
| 22-12059-mdc | Galen Alexander Hughes | 13 | 8/8/2022 |
| 22-12105-mdc | Marvin Baker | 13 | 8/11/2022 |
| 22-12106-amc | Widza Cauvin Bryant | 13 | 8/11/2022 |
| 22-12172-amc | Daniel Faucette | 13 | 8/19/2022 |
| 22-12178-mdc | Carol McGee | 13 | 8/19/2022 |
| 22-12196-mdc | Isidro Portugal-Aguilera | 13 | 8/22/2022 |
| 22-12213-pmm | Joel Burgos and Lissette Burgos | 13 | 8/24/2022 |
| 22-12234-mdc | Sandra N. Irby | 13 | 8/25/2022 |
| 22-12312-pmm | Edward C Penrose, II | 13 | 9/1/2022 |
| 22-12321-mdc | Marquis T Upshur | 13 | 9/2/2022 |
| 22-12331-mdc | Mark A. Coker | 13 | 9/5/2022 |
| 22-12358-amc | Eric W. Wang and Heather A. Wang | 13 | 9/7/2022 |

| | | | |
|---|---|---|---|
| 22-12378-amc | Redell Crabbe and Deborah Crabbe | 13 | 9/8/2022 |
| 22-12447-mdc | Robert S Fister | 13 | 9/14/2022 |
| 22-12470-mdc | Shamar David | 13 | 9/15/2022 |
| 22-12489-mdc | Christine Stanfield | 13 | 9/16/2022 |
| 22-12527-pmm | LeeAnn M. Myers | 7 | 9/21/2022 |
| 22-12561-pmm | Winsome A Buckley | 13 | 9/23/2022 |
| 22-12568-amc | Christine M Freisleben | 13 | 9/23/2022 |
| 22-12578-amc | Drema O'Dell | 13 | 9/25/2022 |
| 22-12599-pmm | Jose Daniel Vargas, Sr. | 13 | 9/28/2022 |
| 22-12612-pmm | John R. Boyle and Jennifer L. Boyle | 13 | 9/29/2022 |
| 22-12674-pmm | Christopher J. Stringer | 13 | 10/4/2022 |
| 22-12736-pmm | Stephanie Elizabeth Allen | 13 | 10/12/2022 |
| 22-12760-pmm | Martha Wartzenluft | 13 | 10/17/2022 |
| 22-12774-amc | Patricia M. Halsey | 13 | 10/18/2022 |
| 22-12784-amc | Hugh D McGlade and Caroline A. McGlade | 13 | 10/18/2022 |
| 22-12811-amc | Kerline Aslam | 13 | 10/20/2022 |
| 22-12815-mdc | Stephanie Jeanine Brooks-Manning | 13 | 10/20/2022 |
| 22-12860-amc | Cristiano Zuin | 13 | 10/25/2022 |
| 22-12899-mdc | Julian C. Wessell | 13 | 10/28/2022 |
| 22-12963-amc | Janaea Nolen | 13 | 11/4/2022 |
| 22-13007-mdc | Petrina McFarlane | 13 | 11/8/2022 |
| 22-13015-pmm | Joshua Matthew Woodling | 13 | 11/9/2022 |
| 22-13081-amc | Mary Ann L. Reyta | 13 | 11/16/2022 |

| | | | |
|---|---|---|---|
| 22-13088-pmm | Krista Marie Callander | 13 | 11/17/2022 |
| 22-13116-mdc | William Terral Smith | 13 | 11/20/2022 |
| 22-13239-mdc | Marcos O. Vargas | 13 | 12/2/2022 |
| 22-13259-amc | Francis Lee | 13 | 12/5/2022 |
| 22-13306-pmm | Homer R. Daney | 13 | 12/8/2022 |
| 22-13325-pmm | Thomas F Brennan, III | 13 | 12/12/2022 |
| 22-13337-pmm | Robert A Donald | 13 | 12/14/2022 |
| 22-13356-pmm | Daqwahn Robbull Hakeem Bryant | 13 | 12/15/2022 |
| 22-13373-mdc | Timothy M Turner | 13 | 12/18/2022 |
| 22-13427-pmm | Matthew M. Schnee | 13 | 12/28/2022 |
| 23-10055-amc | Jamar Young | 13 | 1/9/2023 |
| 23-10106-amc | Roxanne Myers | 13 | 1/15/2023 |
| 23-10169-amc | Margaret M. Simmonds | 13 | 1/19/2023 |
| 23-10289-pmm | Clyde D. Kinsey | 13 | 1/31/2023 |
| 23-10380-amc | Teresa Anne Bradley | 13 | 2/9/2023 |
| 23-10507-pmm | Michael W. Dynda | 13 | 2/21/2023 |
| 23-10625-mdc | Helen M. Shiffler | 13 | 3/3/2023 |
| 23-10966-amc | Sharon Marie Wilkins | 13 | 4/3/2023 |
| 23-11112-mdc | William R. Harris, Jr. | 13 | 4/18/2023 |
| 23-12406-pmm | Gregory Buchanan | 13 | 8/10/2023 |
| 23-13335-mdc | John P. Kerr | 13 | 11/3/2023 |
| 23-13348-mdc | Thomas C. Stafford | 13 | 11/6/2023 |
| 23-13356-pmm | Wanda Johnson | 13 | 11/6/2023 |