**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 22-10376-amc |
| Porter Clark, Jr., | CHAPTER 13 |
| Debtor. | |
| _____/ | |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Ocwen Loan Acquisition Trust 2024-HB
Name of Transferee

Mortgage Assets Management, LLC
Name of Transferor

Name and Address where notices to Transferee should be sent:
PHH Mortgage Corporation
ATTN: Bankruptcy Department
P.O. Box 24605
West Palm Beach, FL 33416

Court Claim # (if known): 8-2
Amount of Claim: $210,132.04
Date Claim Filed: 8/9/2022

Or by Fax to: 561-682-8644
Last Four Digits of Acct #: 8894

Phone: 866-503-5559
Last Four Digits of Acct #: 8894

Name and Address where Transferee payments should be sent (if different from above):
PHH Mortgage
ATTN: RSVRF
P.O. Box: 24781
West Palm Beach, FL 33416

Phone – 866-503-5559
Last Four Digits of Acct #: 8894

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle L. McGowan         Date: 5/2/2024

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on   May 8, 2024  , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Porter Clark, Jr.
8249 Temple Road
Philadelphia, PA 19150

And via electronic mail to:

MICHAEL I. ASSAD
Cibik Law, P.C.
1500 Walnut St
Ste 900
Philadelphia, PA 19102

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/Jessica Kerrigan
Jessica Kerrigan
jkerrigan@raslg.com