**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:** <br><br> **Porter Clark, Jr.** <br>    **Debtor** <br><br> **Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as Owner Trustee for Ocwen Loan Acquisition Trust 2024-HB1** <br><br>    **Movant** <br> **v.** <br> **Porter Clark, Jr.** <br>    **Debtor/Respondent** <br> **KENNETH E. WEST, Esquire** <br>    **Trustee/Respondent** | **Bankruptcy No. 22-10376-amc** <br><br> **Chapter 13** <br><br> **Hearing Date: June 20, 2024** <br> **Hearing Time: 11:00 a.m.** <br> **Location: Robert N.C. Nix Sr. Federal Courthouse** <br> **900 Market Street, Suite 202** <br> **Philadelphia, PA 19107** |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as Owner Trustee for Ocwen Loan Acquisition Trust 2024-HB1 has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1); for costs and disbursements of this action, and for such other and further relief as to the Court may deem just and proper.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or before **June 5, 2024, you or your attorney must filed a response to the Motion**. (*see Instructions on next page*).

   (a) File an answer explaining your position at:
   Robert N.C. Nix Sr. Federal Courthouse
   900 Market Street, Suite 202
   Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough that it will be received on or before the dates stated above; and

    (b) Mail a copy to the movant's attorney:

        Michelle L. McGowan, Esquire
        13010 Morris Rd., Suite 450
        Alpharetta, GA 30004
        Telephone: 470-321-7112
        Email: mimcgowan@raslg.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. **A hearing on the Motion** is scheduled to be held before Ashely M. Chan on **June 20, 2024, at 11:00 A.M. in Courtroom #4, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse 900 Market Street, Suite 202 Philadelphia, PA 19107.** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

Dated: May 21, 2024

        **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
        Attorney for Secured Creditor
        13010 Morris Rd., Suite 450
        Alpharetta, GA 30004
        Telephone: 470-321-7112
        By: /s/ Michelle L. McGowan
        Michelle L. McGowan
        PA Bar Number 62414
        Email: mimcgowan@raslg.com