**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:**<br><br>    **PORTER CLARK JR**<br><br><br><br>    **Debtor** | **Chapter 13**<br><br>**Case No.22-10376-DJB** |

## NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

Respectfully submitted,

Date: July 13, 2026          By:   */s/ Kenneth E. West*
                                   Kenneth E. West, Esquire, Chapter 13 Trustee
                                   190 N. Independence Mall West
                                   Suite 701
                                   Philadelphia, PA  19106
                                   (215) 627-1377 (Phone)