**Fill in this information to identify the case:**

Debtor 1     **PORTER CLARK JR**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Eastern District of Pennsylvania**

       (State)

Case Number    **22-10376-DJB**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**   PHH MORTGAGE SERVICES

**Court claim no.** (if known):
8

**Last 4 digits** of any number you use to identify the debtor's account:   0   9   0   2

**Property Address:**    8249 TEMPLE ROAD
Number      Street

Philadelphia          PA    19150
City                       State    ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
| --- | --- |

| | Amount |
| --- | --- |
| a.  Allowed amount of prepetition arrearage: | $ 8,412.38 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 8,412.38 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ 8,412.38 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.  Total amount of postpetition payments disbursed by the trustee as of date of notice:    $ _____ -0-

b.  The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:    $ _____ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice , the holder of the claim must file a response using Official Form 410C13-NR .**

✗ /s/ Kenneth E. West _____    Date    07/13/2026
Signature

Trustee    Kenneth E. West _____
First Name          Middle Name          Last Name

Address    190 N. Independence Mall West, Suite 701 _____
Number        Street

Philadelphia _____    PA    19106
City                                State    ZIP Code

Contact phone    (215) 627-1377 _____    Email    info@ph13trustee.com _____

| Debtor 1 | **PORTER CLARK JR** | | Case Number **22-10376-DJB** | Page 1 |
|---|---|---|---|---|
| | Name | | | |

## History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 05/09/2023 | 3024926 | Disbursement To Creditor/Principal | 141.27 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 06/13/2023 | 3026112 | Disbursement To Creditor/Principal | 249.29 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 07/13/2023 | 3027246 | Disbursement To Creditor/Principal | 249.54 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 09/18/2023 | 3029570 | Disbursement To Creditor/Principal | 249.53 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 11/09/2023 | 3031559 | Disbursement To Creditor/Principal | 245.32 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 12/21/2023 | 4000423 | Disbursement To Creditor/Principal | 244.10 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 01/16/2024 | 4001278 | Disbursement To Creditor/Principal | 244.10 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 02/12/2024 | 4002184 | Disbursement To Creditor/Principal | 244.10 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 03/12/2024 | 4003106 | Disbursement To Creditor/Principal | 244.10 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 04/10/2024 | 4004023 | Disbursement To Creditor/Principal | 244.10 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 05/13/2024 | 4004933 | Disbursement To Creditor/Principal | 244.11 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 06/14/2024 | 4005861 | Disbursement To Creditor/Principal | 244.11 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 07/17/2024 | 4006814 | Disbursement To Creditor/Principal | 244.11 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 08/14/2024 | 4007741 | Disbursement To Creditor/Principal | 244.10 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 09/11/2024 | 4008584 | Disbursement To Creditor/Principal | 244.11 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 10/16/2024 | 4009450 | Disbursement To Creditor/Principal | 246.81 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 11/13/2024 | 4010365 | Disbursement To Creditor/Principal | 246.82 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 12/11/2024 | 4011201 | Disbursement To Creditor/Principal | 246.81 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 01/15/2025 | 4012056 | Disbursement To Creditor/Principal | 246.82 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 02/12/2025 | 4012918 | Disbursement To Creditor/Principal | 246.81 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 03/12/2025 | 4013768 | Disbursement To Creditor/Principal | 246.82 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 04/15/2025 | 4014624 | Disbursement To Creditor/Principal | 246.81 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 05/14/2025 | 4015507 | Disbursement To Creditor/Principal | 246.82 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 06/11/2025 | 4016367 | Disbursement To Creditor/Principal | 246.82 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 07/16/2025 | 4017188 | Disbursement To Creditor/Principal | 246.82 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 08/13/2025 | 4018035 | Disbursement To Creditor/Principal | 246.82 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 09/10/2025 | 4018872 | Disbursement To Creditor/Principal | 246.82 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 10/15/2025 | 4019721 | Disbursement To Creditor/Principal | 246.83 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 11/19/2025 | 4020616 | Disbursement To Creditor/Principal | 246.82 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 12/10/2025 | 4021496 | Disbursement To Creditor/Principal | 246.82 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 01/14/2026 | 4022271 | Disbursement To Creditor/Principal | 246.82 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 02/11/2026 | 4023156 | Disbursement To Creditor/Principal | 246.82 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 03/18/2026 | 4024020 | Disbursement To Creditor/Principal | 246.82 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 04/15/2026 | 4024924 | Disbursement To Creditor/Principal | 246.82 |
| 8 | PHH MORTGAGE SERVICES | Secured Arrears Mortgage | 05/13/2026 | 4025810 | Disbursement To Creditor/Principal | 146.84 |

Total for Claim Number 8: 8,412.38

**Total for Part 3 - b (Prepetition Arrears):** **8,412.38**