United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 22-10376-djb

Porter Clark, Jr.                                                                    Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                        Page 1 of 2

Date Rcvd: Jul 13, 2026                      Form ID: 212                               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

**Recip ID                     Recipient Name and Address**
db                   +  Porter Clark, Jr., 8249 Temple Road, Philadelphia, PA 19150-2005

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2026 at the address(es) listed below:**

**Name                          Email Address**

KENNETH E. WEST
                    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
                    on behalf of Creditor Mortgage Assets Management  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHAEL A. CIBIK
                    on behalf of Debtor Porter Clark  Jr. help@cibiklaw.com,
                    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN
                    on behalf of Creditor Ocwen Loan Acquisition Trust 2024-HB mimcgowan@raslg.com

MICHELLE L. MCGOWAN

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Jul 13, 2026                        Form ID: 212                                Total Noticed: 1

on behalf of Creditor Nationstar Mortgage LLC  d/b/a Champion Mortgage Company mimcgowan@raslg.com

MICHELLE L. MCGOWAN

on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely in its capacity as Owner
Trustee for Ocwen Loan Acquisition Trust 2024-HB1 mimcgowan@raslg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                    Chapter: 13

    Porter Clark, Jr.

Debtor(s)                                                 Case No: 22−10376−djb

_____

*ORDER*

    AND NOW, July 13, 2026, it appearing that the debtor must file either a certificate regarding

completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for

a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support

obligations and Section 522(q), see 11 U.S.C. §1328(a),

    And the certificate regarding personal financial management and the domestic support

obligation certification were due no later than the last payment made by the debtor as required

by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall file

    ☑ A certificate regarding completion of an instructional course concerning
personal financial management, or a request for a waiver from such requirement.

    ☐ A certification regarding domestic support obligations and Section 522(q),
(Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without
the debtor receiving his/her chapter 13 discharge.

                            For The Court

                            Derek J Baker

                            Judge, United States Bankruptcy
Court