Certificate Number: 16339-PAE-DE-041213068

Bankruptcy Case Number: 22-10376



16339-PAE-DE-041213068

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 16, 2026, at 12:26 o'clock PM EDT, Porter Clark JR completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 16, 2026          By:      /s/Kris Krumal

Name:  Kris Krumal

Title:   Certified Financial Counselor