United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                Case No. 22-10376-djb

Porter Clark, Jr.                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 17, 2026 | Form ID: 138OBJ | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Porter Clark, Jr., 8249 Temple Road, Philadelphia, PA 19150-2005 |
| 14669738 | + | Champion Mortgage, P.O. Box 818061, Cleveland, OH 44181-8061 |
| 14669739 | + | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14676791 | + | Mortgage Assets Management, LLC, c/o Rebecca Solarz, KML Law Group PC, 701 Market St., Suite 5000, Phila., PA 19106-1541 |
| 14673971 | | Nationstar Mortgage LLC, d/b/a Champion Mortgage Company, c/o CHARLES GRIFFIN WOHLRAB, 1070 Abbott's Bridge Road, Ste 170, Duluth, GA 30097 |
| 14881777 | + | Ocwen Loan Acquisition Trust 2024-HB, PHH Mortgage Services, P.O. Box 24606, West Palm Beach, FL 33416-4606 |
| 14669746 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14686920 | + | PHH Mortgage Services, P.O. Box 5435, Mount Laurel, NJ 08054-5435 |
| 14669750 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 18 2026 02:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 18 2026 02:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14676792 | ^ | MEBN | Jul 18 2026 02:14:50 | C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14671191 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2026 02:30:06 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14669740 | | Email/Text: megan.harper@phila.gov | Jul 18 2026 02:24:00 | City of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14670806 | | Email/Text: megan.harper@phila.gov | Jul 18 2026 02:24:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14669741 | | Email/Text: megan.harper@phila.gov | Jul 18 2026 02:24:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14705936 | | Email/Text: megan.harper@phila.gov | Jul 18 2026 02:24:00 | City of Philadelphia, Law-Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14669742 | + | Email/Text: bankruptcy@philapark.org | Jul 18 2026 02:24:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14669743 | | Email/Text: bankruptcycourts@equifax.com | Jul 18 2026 02:24:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14669744 | ^ | MEBN | Jul 18 2026 02:14:32 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 17, 2026 | Form ID: 138OBJ | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 14669745 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 18 2026 02:24:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14670888 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 18 2026 02:24:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14669748 | ^ | MEBN | Jul 18 2026 02:14:36 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14759048 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jul 18 2026 02:24:00 | PHH Mortgage Services, c/o PHH Mortgage Corporation, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 14684746 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 18 2026 02:30:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14669747 | | Email/Text: bankruptcygroup@peco-energy.com | Jul 18 2026 02:24:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14669749 | + | Email/Text: bankruptcy@philapark.org | Jul 18 2026 02:24:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14678443 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 18 2026 02:24:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14673785 | + | Email/Text: RASEBN@raslg.com | Jul 18 2026 02:24:00 | RAS Crane & Partners, LLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14669751 | | Email/Text: DASPUBREC@transunion.com | Jul 18 2026 02:24:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2026                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | |

District/off: 0313-2                          User: admin                                    Page 3 of 3
Date Rcvd: Jul 17, 2026                       Form ID: 138OBJ                           Total Noticed: 30

on behalf of Creditor Mortgage Assets Management  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHAEL A. CIBIK

on behalf of Debtor Porter Clark  Jr. help@cibiklaw.com,
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN

on behalf of Creditor Ocwen Loan Acquisition Trust 2024-HB mimcgowan@raslg.com

MICHELLE L. MCGOWAN

on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely in its capacity as Owner
Trustee for Ocwen Loan Acquisition Trust 2024-HB1 mimcgowan@raslg.com

MICHELLE L. MCGOWAN

on behalf of Creditor Nationstar Mortgage LLC  d/b/a Champion Mortgage Company mimcgowan@raslg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

*Form 138OBJ* (6/24)–doc 83 – 77

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
   Porter Clark Jr.                         )          Case No. 22–10376–djb
                                            )
                                            )
   Debtor(s).                               )          Chapter: 13
                                            )
                                            )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 17, 2026                                          For The Court

                                                         Mohung Wong
                                                         Clerk of Court