**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

**In re:**

**CASE NO.: 22-10376
CHAPTER 13**

**PORTER CLARK, JR.,
Debtor.**
_________________________________ /

**PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM AUTOMATIC STAY**

**PLEASE TAKE NOTICE THAT**, on behalf of MORTGAGE ASSETS MANAGEMENT, LLC ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Motion for Relief From Automatic Stay filed on May 21, 2024, at Docket Number 62**

By: /s/_Robert Shearer

Robert Shearer, Esquire
Pennsylvania Bar Number 83745
Robertson, Anschutz, Schneid, Crane
& Partners, PLLC
13010 Morris Rd, Suite 450
Alpharetta, GA 30004
Telephone: (814) 504-2613
Email:rshearer@raslg.com
Attorneys for Movant

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 24. 2026, I caused to be electronically filed the foregoing with the Clerk of the United States Bankruptcy Court via the CM/ECF system and also caused a true and correct copy to be served by First Class Mail, postage prepaid, to all parties on the below Service List.

**Porter Clark, Jr.**
8249 Temple Road
Philadelphia, PA 19150

**Mary Clark**
8249 Temple Road
Philadelphia, PA 19150

**BRIAN C. EVES**
Law Offices of Brian C. Eves
P.O. Box 0713
New Hope, PA 18938-0713

**WILLIAM C. MILLER, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

**United States Trustee**
Office of the U.S. Trustee
200 Chestnut Street
Suite 502Philadelphia, PA 19106

By: /s/ Robert Shearer
Robert Shearer